1 | NATHANIEL POTRATZ, ESQ., SBN 215734
LAW OFFICES OF NATHANIEL POTRATZ
2 | 4790 Dewey Drive, Suite A
Fair Oaks, California 95628
3 | Telephone:    (916) 962-2780
Facsimile:    (916) 962-2705
4
Attorney for Plaintiffs
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| Sherry Montgomery; Mary Buchanan; Jewell Fowler; Julie Christian; April Thixton; Jerry Thixton; Royce Thixton, <br><br>  Plaintiffs <br><br> vs. <br><br> Tim Buege; Yorktown Arms Apartments; TC Property Management; Michael Gavin; Jose Divas; Does 1 to 10, <br><br>  Defendants. | **CASE NO.: 08-CV-00385** <br><br> **EX PARTE APPLICATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** <br><br> Courtroom:   5 <br> Honorable:   William B. Shubb |

-1-

**Ex Parte Application and Order to Continue Scheduling Conference**

1     Plaintiffs hereby request this honorable court to continue the scheduling conference currently
2 scheduled for May 5, 2008 to August 11, 2008 at 2:00 p.m., as Defendants have not yet entered their
3 appearance.  Notice is hereby given that Defendants withdraw their previous stipulation to continue
4 scheduling conference as the Defendants had not yet entered their appearance.

5 DATED: May 2, 2008                      LAW OFFICES OF NATHANIEL POTRATZ

6

7                                   By:    /s/ NATHANIEL POTRATZ
                                        NATHANIEL POTRATZ
8                                         Attorney for Plaintiffs

9 ORDER

10 Based upon Plaintiffs' ex parte application, and good reason appearing, IT IS SO ORDERED.

11

12 DATED:  May 2, 2008

13

14 _____
   WILLIAM B. SHUBB
15    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28