1  NATHANIEL POTRATZ, ESQ., SBN 215734
   LAW OFFICES OF NATHANIEL POTRATZ
2  4790 Dewey Drive, Suite A
   Fair Oaks, California 95628
3  Telephone:  (916) 962-2780
   Facsimile:  (916) 962-2705
4
   Attorney for Plaintiffs
5

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| Sherry Montgomery; Mary Buchanan; Jewell Fowler; Julie Christian; April Thixton; Jerry Thixton; Royce Thixton,<br><br>　　　　Plaintiffs<br><br>　　vs.<br><br>Tim Buege; Yorktown Arms Apartments; TC Property Management; Michael Gavin; Jose Divas; Does 1 to 10,<br><br>　　　　Defendants. | **CASE NO.: 08-CV-00385**<br><br>**EX PARTE APPLICATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>Courtroom:　5<br>Honorable:　William B. Shubb |

-1-

**Ex Parte Application and Order to Continue Scheduling Conference**

1     Plaintiffs hereby request this honorable court to continue the scheduling conference currently
2 scheduled for August 11, 2008 to September 15, 2008, as Defendants have not yet entered their
3 appearance.  Pursuant to ongoing phone conversations between Nathaniel Potratz and Jeff Corzine,
4 notice is hereby given that Defendants' counsel Jeff Corzine has accepted service of process of
5 Plaintiffs' Complaint in Case No. 08-CV-00385 but has not yet been retained by Mercury Insurance
6 Company, the relevant and applicable insurance company in issue, because of ongoing analysis by
7 coverage counsel for Mercury Insurance Company as to whether or not they will tender defense
8 and/or indemnification for the conduct alleged by Plaintiffs in Plaintiffs' Complaint in Case No. 08-
9 CV-00385.  It is anticipated by Defendants' counsel Jeff Corzine that Mercury Insurance Company
10 will make its coverage determination within a week or two and that they will tender at least a
11 defense.  It is anticipated by both Jeff Corzine, counsel for Defendants, and Nathaniel Potratz,
12 counsel for Plaintiffs, that a joint status report will be filed for the September 15, 2008 status
13 conference.  This is a somewhat unusual situation we are facing and counsel requests the court's
14 patience.

15 DATED: August 7, 2008                      LAW OFFICES OF NATHANIEL POTRATZ

16

17                                         By:   /s/ NATHANIEL POTRATZ
                                                   NATHANIEL POTRATZ
18                                                    Attorney for Plaintiffs

19 ORDER

20 Based upon Plaintiffs' ex parte application, and good reason appearing, **IT IS SO ORDERED that**
21 **the Scheduling Conference is continued to September 22, 2008 at 2:00 p.m..**

22

23 DATED:  August 8, 2008

24

25                                      _____
                                     WILLIAM B. SHUBB
26                                      UNITED STATES DISTRICT JUDGE

27

28

**Ex Parte Application and Order to Continue Scheduling Conference**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Ex Parte Application and Order to Continue Scheduling Conference**