NATHANIEL POTRATZ, ESQ., SBN 215734
LAW OFFICES OF NATHANIEL POTRATZ
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone:   (916) 962-2780
Facsimile:    (916) 962-2705

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| Sherry Montgomery; Mary Buchanan; Jewell Fowler; Julie Christian; April Thixton; Jerry Thixton; Royce Thixton,<br><br>    Plaintiffs<br><br>vs.<br><br>Tim Buege; Yorktown Arms Apartments; TC Property Management; Michael Gavin; Jose Divas; Does 1 to 10,<br><br>    Defendants. | **CASE NO.: 08-CV-00385**<br><br>**EX PARTE APPLICATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>Courtroom:   5<br>Honorable:   William B. Shubb |

-1-

**Ex Parte Application and Order to Continue Scheduling Conference**

1  Plaintiffs hereby request this honorable court to continue the scheduling conference currently
2  scheduled for September 22, 2008 at 2:00PM to **November 3, 2008, at 2:00PM** as Defendants have
3  not yet entered their appearance.  Pursuant to ongoing discussions between Nathaniel Potratz and
4  Jeff Corzine, Defendants' counsel Jeff Corzine has accepted service of process of Plaintiffs'
5  Complaint in Case No. 08-CV-00385 but has not yet been retained by Mercury Insurance Company,
6  the relevant and applicable insurance company in issue, because of ongoing analysis by coverage
7  counsel for Mercury Insurance Company as to whether or not they will tender defense and/or
8  indemnification for the conduct alleged by Plaintiffs in Plaintiffs' Complaint in Case No. 08-CV-
9  00385.  It is anticipated by Defendants' counsel Jeff Corzine that Mercury Insurance Company will
10 likely at least tender a defense with a reservation of rights.  This is a somewhat unusual situation we
11 are facing and counsel requests the court's patience.

DATED: September 15, 2008                    LAW OFFICES OF NATHANIEL POTRATZ

By:    /s/ NATHANIEL POTRATZ
        NATHANIEL POTRATZ
        Attorney for Plaintiffs

ORDER

Based upon Plaintiffs' ex parte application, and good reason appearing, IT IS SO ORDERED.

DATED:  September 15, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE