1  NATHANIEL POTRATZ, ESQ., SBN 215734
   LAW OFFICES OF NATHANIEL POTRATZ
2  4790 Dewey Drive, Suite A
   Fair Oaks, California 95628
3  Telephone:    (916) 962-2780
   Facsimile:    (916) 962-2705
4
   Attorney for Plaintiffs
5

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO**

| | |
|---|---|
| Sherry Montgomery; Mary Buchanan; Jewell Fowler; Julie Christian; April Thixton; Jerry Thixton; Royce Thixton,<br><br>           Plaintiffs<br><br>      vs.<br><br>Tim Buege; Yorktown Arms Apartments; TC Property Management; Michael Gavin; Jose Divas; Does 1 to 10,<br><br>           Defendants. | **CASE NO.: 08-CV-00385**<br><br>**EX PARTE APPLICATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>Courtroom:   5<br>Honorable:   William B. Shubb |

-1-

**Ex Parte Application and Order to Continue Scheduling Conference**

1     Plaintiffs hereby request this honorable court to continue the scheduling conference currently
2  scheduled for November 3, 2008 at 2:00PM to **January 26, 2009, at 2:00PM** as Defendants have
3  not yet entered their appearance.  Pursuant to ongoing discussions between Nathaniel Potratz and
4  Jeff Corzine, Defendants' counsel Jeff Corzine has accepted service of process of Plaintiffs'
5  Complaint in Case No. 08-CV-00385 but has not yet been retained by Mercury Insurance Company,
6  the relevant and applicable insurance company in issue, because of ongoing analysis by coverage
7  counsel for Mercury Insurance Company as to whether or not they will tender defense and/or
8  indemnification for the conduct alleged by Plaintiffs in Plaintiffs' Complaint in Case No. 08-CV-
9  00385.  It is anticipated by Defendants' counsel Jeff Corzine that Mercury Insurance Company will
10 likely at least tender a defense with a reservation of rights.  This is a somewhat unusual situation we
11 are facing and counsel requests a continuance.

12 DATED: October 28, 2008                    LAW OFFICES OF NATHANIEL POTRATZ

14                                              By:    /s/ NATHANIEL POTRATZ
                                                       NATHANIEL POTRATZ
15                                                     Attorney for Plaintiffs

16 ORDER

17 Based upon Plaintiffs' ex parte application, and good reason appearing, IT IS SO ORDERED.

19 DATED:  October 29, 2008

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

-2-

**Ex Parte Application and Order to Continue Scheduling Conference**