1  NATHANIEL POTRATZ, ESQ., SBN 215734
   LAW OFFICES OF NATHANIEL POTRATZ
2  4790 Dewey Drive, Suite A
   Fair Oaks, California 95628
3  Telephone:   (916) 962-2780
   Facsimile:   (916) 962-2705
4
   Attorney for Plaintiffs
5

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO**

_____

| | |
|---|---|
| Sherry Montgomery; Mary Buchanan; Jewell Fowler; Julie Christian; April Thixton; Jerry Thixton; Royce Thixton,<br><br>        Plaintiffs<br><br>        vs.<br><br>Tim Buege; Yorktown Arms Apartments; TC Property Management; Michael Gavin; Jose Divas; Does 1 to 10,<br><br>        Defendants. | **CASE NO.: 08-CV-00385**<br><br>**EX PARTE APPLICATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>Courtroom:   5<br>Honorable:   William B. Shubb |

-1-

1     Plaintiffs hereby request this honorable court to continue the scheduling conference currently scheduled for January 26, 2009 at 2:00PM to **\*April 20, 2009, at 2:00PM** as Defendants have not yet entered their appearance. Pursuant to ongoing discussions between Nathaniel Potratz and Jeff Corzine, Defendants' counsel Jeff Corzine has accepted service of process of Plaintiffs' Complaint in Case No. 08-CV-00385 but has not yet filed a responsive pleading. It is anticipated that Defendants' counsel Jeff Corzine will file a responsive pleading shortly.

DATED: January 21, 2009                 LAW OFFICES OF NATHANIEL POTRATZ

                                             By:   /s/ NATHANIEL POTRATZ
                                                     NATHANIEL POTRATZ
                                                     Attorney for Plaintiffs

ORDER

Based upon Plaintiffs' ex parte application, and good reason appearing, IT IS SO ORDERED. The Scheduling Conference is continued to **\*April 20, 2009 at 2:00 P.M.**

DATED: January 21, 2009

                       /s/ William B. Shubb
                       WILLIAM B. SHUBB
                       UNITED STATES DISTRICT JUDGE