**ADAMS & CORZINE**
A Professional Corporation
**DOUGLAS P. ADAMS, ESQ.   SBN 114448**
**JEFF L. CORZINE, ESQ.   SBN 117595**
740 Oak Avenue Parkway, Suite 120
Folsom, California 95630
(916) 983-8383


Attorneys for Defendants
TIM BUEGE (erroneously sued herein as Tim Burge), YORKTOWN ARMS APARTMENTS, TC PROPERTY MANAGEMENT, and JOSE DIVAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY MONTGOMERY, MARY BUCHANAN, JEWELL FOWLER, JULIE CHRISTIAN, APRIL THIXTON, JERRY THIXTON, ROYCE THIXTON | Case No.: 2:08-CV-00385 |
| | **STIPULATION TO MOVE SCHEDULING CONFERENCE DATE** |
| Plaintiffs, | |
| | JUDGE:     William B. Shubb |
| v. | |
| TIM BURGE, YORKTOWN ARMS APARTMENTS, TC PROPERTY MANAGEMENT, MICHAEL GAVIN, JOSE DIVAS, and DOES 1 through 10, inclusive, | |
| Defendants.                      / | |

The parties hereto, through their respective counsel of record, hereby stipulate to vacate the Scheduling Conference in this matter, currently set for June 1, 2009, and reset the Scheduling Conference to July 13, 2009 at 2:00 p.m.


Date: May 28, 2009         By         /s/Nathanial Potratz
                                       NATHANIAL POTRATZ
                                       Attorney for Plaintiffs

1

**STIPULATION TO MOVE SCHEDULING CONFERENCE DATE**

Dated:   May 28, 2009        **ADAMS & CORZINE**


                             By  /s/Jeff L. Corzine
                                 JEFF L. CORZINE
                                 Attorney for Defendants

**IT IS SO ORDERED:**


Date:  May 28, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE