1  NATHANIEL POTRATZ, ESQ., SBN 215734
   LAW OFFICES OF NATHANIEL POTRATZ
2  4790 Dewey Drive, Suite A
   Fair Oaks, California 95628
3  Telephone:    (916) 962-2780
   Facsimile:    (916) 962-2705
4
   Attorney for Plaintiffs
5

6

7                    **UNITED STATES DISTRICT COURT**

8        **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO**

9  Sherry Montgomery; Mary Buchanan; Jewell )   **CASE NO.:** 2:08-CV-00385-WBS-KJM
   Fowler; Julie Christian; April Thixton; Jerry )
10 Thixton; Royce Thixton,                       )   **STIPULATION FOR CONTINUANCE OF**
                                                 )   **MOTION CUTOFF DATE, AND**
11            Plaintiffs                         )   **PRETRIAL CONFERENCE DATE, AND**
                                                 )   **TRIAL DATE; ORDER THEREON**
12                                               )
              vs.                                )   Courtroom:    5
13                                               )   Honorable:    William B. Shubb
                                                 )
14 Tim Buege; Yorktown Arms Apartments; TC )
   Property Management; Michael Gavin; Jose )
15 Divas; Does 1 to 10,                          )
                                                 )
16            Defendants.                        )

17

18 In light of the need for more time to conduct discovery and the recent and/or imminent substitution

19 of counsel by Defendants, etc., Counsel for Plaintiffs and for Counsel for Defendants have met and

20 conferred regarding the need for a continuance of the discovery cutoff date, motion cutoff deadline,

21 the pretrial conference, and the trial dates in this action, and agree that:

22        1.      Both parties agree that a continuance of the discovery cutoff to July 22, 2010 is

23 necessary and appropriate.

24        2.      Both parties agree that a continuance of the motion cutoff date to September 6, 2010

25 is necessary and appropriate.

26        3.      Both parties agree that a continuance of the final pretrial conference date to

27 November 29, 2010 is necessary and appropriate.

28        4.      Both parties agree that a continuance of the trial date to March 22, 2011 is necessary

-1-

1    and appropriate.

2          As a result of counsel for Plaintiffs and counsel for Defendants having met and conferred,

3    and in light of the agreement noted above, counsel hereby stipulate as follows:

4          COUNSEL FOR PLAINTIFFS AND COUNSEL FOR DEFENDANTS HEREBY

5    STIPULATE THAT THE DISCOVERY CUTOFF DEADLINE CURRENTLY SCHEDULED FOR

6    FEBRUARY 22, 2010 BE CONTINUED TO JULY 22, 2010, THE MOTION CUTOFF

7    DEADLINE CURRENTLY SCHEDULED FOR APRIL 5, 2010 BE CONTINUED TO

8    SEPTEMBER 6, 2010, AND THAT THE PRETRIAL CONFERENCE CURRENTLY

9    SCHEDULED FOR JUNE 28, 2010 BE CONTINUED TO **NOVEMBER 29, 2010 at 2:00 P.M.**,

10   AND THAT THE TRIAL CURRENTLY SCHEDULED FOR AUGUST 24, 2010 BE

11   CONTINUED TO **MARCH 22, 2011 AT 9:00 A.M.**

12   DATED: December 16, 2009                    MCDOWELL, SHAW & COLEMAN

13

14

15                                      By:____/s/ FRANK FLEMING____
                                          Frank Fleming
16                                        Attorney for Defendants

17   DATED: December 16, 2009                    LAW OFFICES OF NATHANIEL POTRATZ

18

19                                      By:____/s/ NATHANIEL POTRATZ____
                                          NATHANIEL POTRATZ
20                                        Attorney for Plaintiffs

21   ORDER

22   Based upon stipulation of the parties, and good reason appearing, IT IS SO ORDERED.

23

24   DATED:  December 21, 2009

25

26   _____
     WILLIAM B. SHUBB
27   UNITED STATES DISTRICT JUDGE

28

-2-