1  Francis J. Fleming, Esq. [SBN 159274]
   **McDOWELL, SHAW & COLMAN**
2  1655 N. Main Street, Suite 370
   Walnut Creek, California 94596
3  Telephone: (925) 210-1300
   Facsimile: (925) 210-1366
4
   Attorneys for Defendants
5  **TIM BUEGE, YORKTOWN ARMS APARTMENTS, et al.**

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  SHERRY MONTGOMERY, MARY BUCHANAN, JEWELL FOWLER, JULIE CHRISTIAN, APRIL THIXTON, JERRY THIXTON, ROYCE THIXTON, | CASE NO. 2:08-CV-00385 |
| 11 | **STIPULATION FOR CONTINUANCE OF DISCOVERY AND MOTION CUT-OFF DATES AND PRE-TRIAL CONFERENCE AND TRIAL DATE; ORDER THEREON** |
| 12          Plaintiffs, | |
| 13  vs. | |
| 14  TIM BUEGE, YORKTOWN ARMS APARTMENTS, TC PROPERTY MANAGEMENT, MICHAEL GAVIN, JOSE DIVAS, DOES 1 to 10, | |
| 16 | |
| 17          Defendants.  _____/ | |

18

19     Due to the complexity of this case arising from the myriad issues involved and presented by

20  the 16 causes of action of plaintiff's Complaint, multiple plaintiffs and multiple defendants,

21  substantial discovery is required. As such, counsel for plaintiffs and counsel for defendants have

22  met and conferred and agreed a continuance of the discovery and motion cut-off date, Pre-Trial

23  Conference date and Trial date is necessary to properly prepare this matter for Trial as well as to

24  undertake mediation.

25     IT IS HEREBY STIPULATED AND AGREED by and between the parties through their

26  attorneys of record that:

27     1.    The discovery cut-off deadline currently scheduled for July 22, 2010 be continued

28  to October 22, 2010;

**STIPULATION FOR CONTINUANCE OF DISCOVERY AND MOTION CUT-OFF DATES AND PRE-TRIAL CONFERENCE AND TRIAL DATE; ORDER THEREON**

2. The motion cut-off deadline currently scheduled for September 6, 2010 be continued to December 6, 2010;

3. The November 29, 2010 Pre-Trial Conference be continued to now take place on February 28, 2011; and

4. The currently scheduled March 22, 2011 Trial be set to commence on May 24, 2011.

DATED: May 26, 2010

/s/ Francis J. Fleming
Francis J. Fleming, Esq.
Attorney for Defendants, TIM BUEGE and YORKTOWN ARMS APARTMENTS

DATED: May 26, 2010

/s/ Nathanial Potratz
Nathanial Potratz, Esq.
Attorney for Plaintiffs SHERRY MONTGOMERY, MARY BUCHANAN, JEWELL FOWLER, JULIE CHRISTIAN, APRIL THIXTON, JERRY THIXTON, ROYCE THIXTON

**ORDER**

The Court having reviewed the Stipulation herein and good cause appearing, hereby orders as follows:

1. The July 22, 2010 discovery cut-off deadline will be continued to October 22, 2010;

2. The September 6, 2010 motion cut-off deadline will be continued to December 6, 2010;

3. The Pre-Trial Conference scheduled for November 29, 2010 will now take place on **February 22, 2011 at 2:00 p.m.**; and

4. The Trial currently scheduled for March 22, 2011 is vacated and will now commence on **May 24, 2011 at 9:00 a.m.**

DATED: May 26, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION FOR CONTINUANCE OF DISCOVERY AND MOTION CUT-OFF DATES AND PRE-TRIAL CONFERENCE AND TRIAL DATE; ORDER THEREON**